UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| VIRTUAL STUDIOS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:12-cv-00015 |
| | ) | |
| JOY CARPETS & CO. INC., | ) | |
| f/k/a JOY CARPETS, INC. | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

The plaintiff, pursuant to F.R.C.P. 41(a)(1)(A)(i) serves notice of its voluntary dismissal of this action without prejudice.

        Respectfully submitted,

        PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.

        By: /s/ Michael A. Anderson
            Michael A. Anderson, TN BPR # 012368
            McKinley S. Lundy, Jr., TN BPR # 027391
            Attorneys for Plaintiff
            537 Market Street, Suite 202
            Chattanooga, Tennessee 37402
            Telephone: (423) 756-7117
            Facsimile: (423) 267-5032
            manderson@pbsjlaw.com
            mlundy@pbsjlaw.com

## CERTIFICATE OF SERVICE

      I certify that on April 25, 2012, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

John G. Jackson, Esq.
D. Aaron Love
Chambliss, Bahner & Stophel, P.C.
Two Union Square, Suite 1000
Chattanooga, TN 37402

                              PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.

                              By: /s/ Michael A. Anderson